**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING
TO POLICY NO. TCN034699 and
TAPCO UNDERWRITERS, INC.**                                    **PLAINTIFFS**

**VS.**                       **CIVIL ACTION NO: 5:13-cv-113-DCB-MTP**

**EMMA BELL and JOHN BELL**                                    **DEFENDANTS**

<u>**ORDER**</u>

    This cause is before the Court on Plaintiffs', Certain Underwriters at Lloyd's Subscribing to Policy No. TCN034699 and TAPCO Underwriters, Inc. ("the Underwriters"), Motion for Summary Judgment **[docket entry no. 25].** Three days after the Defendants, Emma and John Bell, filed their Memorandum in Opposition, a state court decision was rendered in favor of the Underwriters. The Underwriters argue in their Reply that this decision should be given preclusive effect by the Court. The Bells have not responded to this argument. The Court finds it necessary to hear from the Bells as to what preclusive effect, if any, should be given to the state court decision cited in the Reply **[docket entry no. 30]** and the Notice of Supplemental Authority **[docket entry no. 32].** Accordingly,

    IT IS HEREBY ORDERED that the defendants, Emma and John Bell, shall file a response to the new arguments raised by plaintiffs in

1

the Reply. The response shall be filed within two weeks of the date of entry of this order.

    SO ORDERED this the 24th day of November 2014.

                                             /s/ David Bramlette
                                         UNITED STATES DISTRICT JUDGE